1 | Jared W. Beilke (SBN 195698)
2 | jared@jmllaw.com
3 | Jennifer A. Lipski (SBN 272443)
    jennifer@jmllaw.com
4 | Maureen Z. Macaraeg – Dayrit (SBN 805130)
    mmacaraeg@jmllaw.com
5 | JML LAW, A PROFESSIONAL LAW CORP.
6 | 5855 Topanga Canyon Blvd., Suite 300
    Woodland Hills, California 91367
7 | Tel: (818) 610-8800
8 | Fax: (818) 610-3030

9 | Attorneys for Plaintiff
10 | MARIE ANNE MARQUEZ
    aka MARIE ANNE SHIMODA

*[Attorneys continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIE ANNE MARQUEZ, aka MARIE ANNE SHIMODA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAREMERIDIAN LLC, dba NEURORESTORATIVE CALIFORNIA, a Delaware Limited Liability Company, MENTOR ABI LLC, a Delaware Limited Liability Company, SEVITA WHOLE HEALTH LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:25−cv−01518 SSS (MARx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:        August 26, 2024<br>Complaint Removed:   Sept. 26, 2024<br>Remand Date:          February 19, 2025<br>FAC Filed:            October 24, 2024<br>Subsequent Removal:   June 18, 2025 |

1  Thy B. Bui (SBN 256383)
   tbui@maynardnexsen.com
2  Malak Cherkaoui Jaouad (SBN 346337)
3  mjaouad@maynardnexsen.com
   **MAYNARD NEXSEN LLP**
4  10100 Santa Monica Blvd., Suite 550
5  Los Angeles, CA 90067
   Telephone: 310.596.4500
6
7  Attorneys for Defendants
   CAREMERIDIAN LLC,
8  MENTOR ABI LLC, and
9  SEVITA WHOLE HEALTH LLC

10

11                    *[Text on following page]*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** following mediation with Nikki Tolt of ACT Mediation on October 7, 2025, the parties reached an agreement to settle the entirety of the above-captioned matter.

The parties are negotiating the terms of a long-form settlement agreement and anticipate being able to file a Stipulation to Dismiss and [Proposed] Order within the next forty-five (45) days. In the meantime, the parties respectfully request that the Court vacate all deadlines and take all pending motions off-calendar, including Defendants' Motion to Dismiss (ECF No. 13) for which a decision is still pending.

Dated: October 13, 2025    JML LAW, APLC

By: /s Jared W. Beilke
Jared W. Beilke
Jennifer Lipski
Maureen Z. Macaraeg - Dayrit
Attorneys for Plaintiff
MARIE ANNE MARQUEZ

Dated: October 13, 2025    MAYNARD NEXSEN LLP

By: /s Thy B. Bui[1]
Thy B. Bui
Malak Cherkaoui Jaouad
Attorneys for Defendants
CAREMERIDIAN LLC,
MENTOR ABI LLC, and
SEVITA WHOLE HEALTH LLC

---

[1] Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's contents and have authorized this filing.