```
 1  JML LAW
    A PROFESSIONAL LAW
 2  CORPORATION
 3  5855 Topanga Canyon Blvd., Ste. 300
    Woodland Hills, California 91367
 4  Tel: (818) 610-8800
 5  Fax: (818) 610-3030
    JARED W. BEILKE (SBN 195698)
 6  jared@jmllaw.com
 7  MAUREEN MACARAEG-DAYRIT (SBN 802130)
    mmacaraeg@jmllaw.com
 8  Attorneys for Plaintiff,
 9  MARIE ANNE MARQUEZ
10  aka MARIE ANNE SHIMODA

11  [Attorneys continued on next page]
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ANNE MARQUEZ, aka MARIE ANNE SHIMODA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CAREMERIDIAN LLC, dba NEURORESTORATIVE CALIFORNIA, a Delaware Limited Liability Company, MENTOR ABI LLC, a Delaware Limited Liability Company, SEVITA WHOLE HEALTH LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 5:25-cv-01518 SSS (MARx) <br><br> **JOINT STIPULATION FOR DISMISSAL OF ACTION; PROPOSED ORDER OF DISMISSAL** <br><br> Complaint Filed: August 26, 2024 <br> Complaint Removed: Sept. 26, 2024 <br> Remand Date: February 19, 2025 <br> FAC Filed: October 24, 2024 <br> Subsequent Removal: June 18, 2025 |

1  Thy B. Bui (SBN 256383)
   tbui@maynardnexsen.com
2  Malak Cherkaoui Jaouad (SBN 346337)
3  mjaouad@maynardnexsen.com
   **MAYNARD NEXSEN LLP**
4  10100 Santa Monica Blvd., Suite 550
5  Los Angeles, CA 90067
   Telephone: 310.596.4500
6  Attorneys for Defendants
7  CAREMERIDIAN LLC,
   MENTOR ABI LLC, and
8  SEVITA WHOLE HEALTH LLC
9
10           [Text on following page]
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Marie Anne Marquez ("Plaintiff") and Defendants CAREMERIDIAN LLC., MENTOR ABI LLC., and SEVITA WHOLE HEALTH LLC. ("Defendants") (all together "Parties"), by and through their respective counsel of record, hereby stipulate that the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear his or its own attorneys' fees and costs.

DATED: October 17, 2025

JML LAW, APLC

By: _____
Jared W. Beilke
Jennifer Lipski
Maureen Z. Macaraeg - Dayrit
Attorneys for Plaintiff
MARIE ANNE MARQUEZ

DATED: December 1, 2025

MAYNARD NEXSEN LLP

By: _____
Thy B. Bui
Malak Cherkaoui Jaouad
Attorneys for Defendants
CAREMERIDIAN LLC,
MENTOR ABI LLC, and
SEVITA WHOLE HEALTH LLC